FILED
October 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003809794

3
Joel K. Uher (State Bar No. 087185)
9295 East Stockton Blvd., Suite 30
Elk Grove, California 95624
Telephone: (916) 686-9414
Facsimile: (916) 686-9415

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE | Case No. 11-42710-B-7 |
| **EDILBERTO LOPEZ ANGELES, AND SHIRLEY PURIFICACION ANGELES,** | D.C. NO. JKU-1 |
| | Date: October 25, 2011 |
| | Time: 9:32 a.m. |
| | Department: 32 |
| | 501 I Street, 6th Floor |
| | Sacramento, CA 95814 |
| Debtors. | |

**DEBTORS' MOTION TO COMPEL ABANDONMENT OF TRUSTEE'S
INTEREST IN DEBTORS' BUSINESS KNOWN AS
EDILBERTO LOPEZ ANGELES, DMD**

Debtors, EDILBERTO LOPEZ ANGELES and SHIRLEY PURIFICACION ANGELES, ("Debtors"), respectfully request an order determining that the Chapter 7 Trustee PREM N. DHAWAN, has no interest in Debtors' business known as Edilberto Lopez Angeles, DMD, and that the Trustee's interest be deemed abandoned. The grounds for relief are as follows:

**BACKGROUND**

1. The Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on September 20, 2011. PREM N. DHAWAN was appointed Chapter 7 Trustee of the Debtors' estate.

2. The bankruptcy estate includes a sole proprietorship business known as Edilberto Lopez Angeles, DMD ("Business"), conducted at 9108 Laguna Main Street, Suite 2A, Elk Grove, CA 95758 which is a dentistry business. The Debtors seek abandonment of said Business from the bankruptcy estate.

///

1.

In Re Bankruptcy Case of Edilberto and Shirley Angeles
United States Bankruptcy Court Case No. 11-42710-B-7

3. The business known as Edilberto Lopez Angeles, DMD is a sole proprietorship, personal service dentistry business begun in August 2011 with no employees and can only be operated by the Debtor and has approximately $2,000. per month in gross receipts.

4. Debtors have filed an Amendment to their Schedule B under penalty of perjury attesting their belief that the Business value is $2,000.00 and the Business assets, a Panoramic and Cephalometric X-Ray machines have a value of $2500.00 and are encumbered to the amount of $4498.00 owed to Fort Wayne Financial Corporation. Attached to the Exhibit document is Exhibit A which is Debtors' Schedule B listing the Debtors' Business and the Business assets.

5. The equity in the Business of $2,000.00 is claimed as fully exempt by the Debtors under C.C.P. 703.140(b)(5) on Debtors' Schedule C, a copy of which is attached to the Exhibit document as Exhibit B.

6. The business known as Edilberto Lopez Angeles, DMD has no ownership interest in any real property nor any leasehold interest in another property.

7. The business known as Edilberto Lopez Angeles, DMD has no employees and has no partners.

8. Debtor, Edilberto Lopez Angeles conducts his business as an independent contractor at the office of Dr. Conrad Cruz at 9108 Laguna Main St,, Suite 2A, Elk Grove, California, and said Debtor has no interest in Dr. Cruz's business and is not an employee of Dr. Cruz.

**MOTION**

Based on the foregoing, the Debtors request the Court order the Trustee to abandon the business known as Edilberto Lopez Angeles, DMD, from the bankruptcy estate. The grounds for such motion are:

1. The business known as Edilberto Lopez Angeles, DMD is of inconsequential value and benefit to the estate in that the equity and the Business assets are entirely claimed as exempt by the Debtors.

///

In Re Bankruptcy Case of Edilberto and Shirley Angeles
United States Bankruptcy Court Case No. 11-42710-B-7

2. The business known as Edilberto Lopez Angeles, DMD is burdensome to the estate in that there is no reason for the estate to retain the business.

WHEREFORE, Debtors request this Court grant an order:

1. Compelling the Trustee to abandon the business known as Edilberto Lopez Angeles, DMD, located at 9108 Laguna Main Street, Suite 2A, Elk Grove, CA 95758; and

2. For such other and further relief as the Court deems just and proper.

DATE: 10-3-11

EDILBERTO LOPEZ ANGELES,
Debtor

DATE: 10/3/2011

SHIRLEY PURIFICACION ANGELES,
Debtor

DATE: 10/3/2011

JOEL K. UHER,
Attorney for Debtors